**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Northern District of Texas, Dallas Division**

Case number (if known) _____  Chapter **11**

☐ Check if this an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**  *Check one:*
   ☐ Chapter 7
   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**  AiBUY Holdco, Inc.

3. **Other names you know the debtor has used in the last 8 years**
   AiBUY, Inc.
   a.k.a Cinsay, Inc.

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☑ Unknown
   EIN _____

5. **Debtor's address**

   **Principal place of business**
   13355 Noel Road, 4th Floor
   Number      Street

   Dallas TX 75240-0000
   City                State      Zip Code

   Dallas
   County

   **Mailing address, if different**
   13355 Noel Road, 4th Floor
   Number      Street

   P.O. Box
   Dallas TX 75240-0000
   City                State      Zip Code

   **Location of principal assets, if different from principal place of business**
   Number      Street

   City                State      Zip Code

6. **Debtor's website** (URL)   www.aibuy.io

7. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**  *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
   ☐ Railroad (as defined in 11 U.S.C. § 101(44)
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)

Debtor  **AiBUY Holdco, Inc.**  Case number *(if known)*

- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes.  Debtor _____  Relationship _____
  District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____
  Debtor _____  Relationship _____
  District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

## Part 3: Report About the Case

**10. Venue**  *Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**  Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jon Gunderson | Promissory Note | $575,075.97 |
|  |  | $ |
|  |  | $ |
| John Kutasi | Promissory Note | $1,624,933.33 |
|  |  | $ |
|  |  | $ |
| Deposits Inc. | Trade Creditor | $39,821.30 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $2,239,830.60 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Debtor  **AiBUY Holdco, Inc.**                                    Case number *(if known)*

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**
**Jon Gunderson**
Name

**2217 Sea Biscuit, #107**
Number    Street
**Spicewood, TX  78669-0000**
City                          State     Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street
**00000-0000**
City                          State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
              MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

**John E. Mitchell**
Printed name

**Katten Muchin Rosenman LLP**
Firm name, if any
**2121 North Pearl Street, Suite 1100**
Number    Street
**Dallas, TX  75201-2591**
City                          State     Zip Code
Contact phone  **(469) 627-7017**    Email  **john.mitchell@katten.com**

Bar number  **00797095**

State   **TX**

 */s/ John E. Mitchell*
Signature of attorney
Date signed  **09/23/2022**
              MM / DD / YYYY

---

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**
**John Kutasi**
Name

**5627 Sloan Place**
Number    Street
**Calabasas, CA 91302-0000**
City                          State     Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                          State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
              MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

**John E. Mitchell**
Printed name

**Katten Muchin Rosenman LLP**
Firm name, if any
**2121 North Pearl Street, Suite 1100**
Number    Street
**Dallas, TX 75201-2591**
City                          State     Zip Code
Contact phone  **(469) 627-7017**    Email  **john.mitchell@katten.com**

Bar number  **00797095**

State   **TX**

 */s/ John E. Mitchell*
Signature of attorney
Date signed  **09/23/2022**
              MM / DD / YYYY

---

Official Form 205            Involuntary Petition Against a Non-Individual            page 3

Debtor **AiBUY Holdco, Inc.**        Case number *(if known)* _____

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Deposits Inc.**
Name

**2001 Ross Avenue, Suite 7001558F**
Number　　Street
**Dallas, TX 75201-0000**
City　　　　　　　　　　　State　　Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number　　Street

_____
City　　　　　　　　　　　State　　Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
　　　　　　　MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

**John E. Mitchell**
Printed name

**Katten Muchin Rosenman LLP**
Firm name, if any
**2121 North Pearl Street, Suite 1100**
Number　　Street
**Dallas, TX 75201-2591**
City　　　　　　　　　　　State　　Zip Code

Contact phone **(469) 627-7017**    Email **john.mitchell@katten.com**

Bar number **00797095**

State **TX**

 */s/ John E. Mitchell*
Signature of attorney
Date signed **09/23/2022**
　　　　　　　MM / DD / YYYY

Official Form 205　　　　　　　Involuntary Petition Against a Non-Individual　　　　　　　page 4

Debtor  **AiBUY Holdco, Inc.** _____  Case number _(if known)_ _____

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
Jon Gunderson
Name

2217 Sea Biscuit, #107
Number   Street
Spicewood, TX  78669-0000
City                State      Zip Code

**Name and mailing address of petitioner's representative, if any**
Name

Number   Street
00000-0000
City                State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  09 / 22 / 2022
           MM / DD / YYYY

_/s/ Jon Gunderson_
Signature of petitioner or representative, including representative's title

John E. Mitchell
Printed name

Katten Muchin Rosenman LLP
Firm name, if any
2121 North Pearl Street, Suite 1100
Number   Street
Dallas, TX 75201-2591
City                State      Zip Code
Contact phone  (469) 627-7017   Email  john.mitchell@katten.com

Bar number  00797095

State  TX

Signature of attorney
Date signed
           MM / DD / YYYY

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
John Kutasi
Name

5627 Sloan Place
Number   Street
Calabasas, CA 91302-0000
City                State      Zip Code

**Name and mailing address of petitioner's representative, if any**
Name

Number   Street

City                State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  ___ / ___ / _____
           MM / DD / YYYY

Signature of petitioner or representative, including representative's title

John E. Mitchell
Printed name

Katten Muchin Rosenman LLP
Firm name, if any
2121 North Pearl Street, Suite 1100
Number   Street
Dallas, TX 75201-2591
City                State      Zip Code
Contact phone  (469) 627-7017   Email  john.mitchell@katten.com

Bar number  00797095

State  TX

Signature of attorney
Date signed
           MM / DD / YYYY

Official Form 205         Involuntary Petition Against a Non-Individual         page 3

Debtor    **AiBUY Holdco, Inc.**    Case number *(if known)*

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**Jon Gunderson**
Name

**2217 Sea Biscuit, #107**
Number    Street
**Spicewood, TX  78669-0000**
City    State    Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street
**00000-0000**
City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

### Attorneys

**John E. Mitchell**
Printed name

**Katten Muchin Rosenman LLP**
Firm name, if any
**2121 North Pearl Street, Suite 1100**
Number    Street
**Dallas, TX 75201-2591**
City    State    Zip Code
Contact phone   **(469) 627-7017**    Email **john.mitchell@katten.com**

Bar number    **00797095**

State    **TX**

Signature of attorney
Date signed _____
MM / DD / YYYY

---

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**John Kutasi**
Name

**5627 Sloan Place**
Number    Street
**Calabasas, CA 91302-0000**
City    State    Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **9-22-2022**
MM / DD / YYYY

*/s/ John P. Kutasi/*
Signature of petitioner or representative, including representative's title

### Attorneys

**John E. Mitchell**
Printed name

**Katten Muchin Rosenman LLP**
Firm name, if any
**2121 North Pearl Street, Suite 1100**
Number    Street
**Dallas, TX 75201-2591**
City    State    Zip Code
Contact phone   **(469) 627-7017**    Email **john.mitchell@katten.com**

Bar number    **00797095**

State    **TX**

Signature of attorney
Date signed _____
MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

| Debtor | AiBUY Holdco, Inc. | Case number *(if known)* | |
|---|---|---|---|

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**
**Deposits Inc.**
Name

**2001 Ross Avenue, Suite 7001558F**
Number    Street
**Dallas, TX 75201-0000**
City                                State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                                State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    9/23/22
              MM / DD / YYYY

Signature of petitioner or representative, including representative's title

**John E. Mitchell**
Printed name

**Katten Muchin Rosenman LLP**
Firm name, if any
**2121 North Pearl Street, Suite 1100**
Number    Street
**Dallas, TX 75201-2591**
City                                State    Zip Code
Contact phone    **(469) 627-7017**    Email **john.mitchell@katten.com**

Bar number    **00797095**

State    **TX**

Signature of attorney
Date signed
              MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AIBUY HOLDCO, INC. | § | Case No. 22-_____(___) |
| | § | |
| Alleged Debtor. | § | |
| | § | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 7007.1 and 1010(b) of the Federal Rules of Bankruptcy Procedures, Deposits, Inc. ("Deposits") hereby files its Corporate Ownership Statement and states that Joseph Akintolayo is the majority shareholder of Deposits and that no other public entity directly or indirectly holds 10% or more of the equity interests of Deposits.

Dated: 9/23/22

_____
Joseph Akintolayo
Deposits, Inc., CEO