Holland N. O'Neil (TX 14864700)
Mark C. Moore (TX 24074751)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667
honeil@foley.com
mmoore@foley.com
sajones@foley.com

**COUNSEL TO THE ALLEGED
DEBTOR, AIBUY HOLDCO, INC.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| AiBUY Holdco, Inc., *et al.*, | § § § | Case No.: 22-31737-sgj11 |
| Alleged Debtor. | § § § § | |

**NOTICE OF FILING OF VOLUNTARY PETITION OF AIBUY HOLDCO, INC.**

**PLEASE TAKE NOTICE** that AiBUY Holdco, Inc. ("**AiBUY**"), by and through its undersigned counsel, hereby files this *Notice of Filing of Voluntary Petition* of *AiBUY Holdco, Inc*. (the "**Notice**").

1.    As set forth in the *Answer to Involuntary Petition and Notices of Joinder* [Docket No. 19] (the "**Answer**") filed by AiBUY in the above-referenced proceeding, AiBUY disputes the validity of the claims asserted by certain purported Petitioning Creditors[1] in liability, amount, or both.  At the same time, AiBUY has continued to assess its options and has prepared a voluntary

---

[1]    As defined in the Answer.

bankruptcy filing. Attached hereto as **Exhibit A** is Holdco's *Voluntary Petition for Non-Individuals Filling for Bankruptcy* (the "**Voluntary Petition**") and related documents.

2. Nothing contained herein is intended to or should be construed as: (i) an admission as to the validity of any claim asserted by any Petitioning Creditors against AiBUY; or (ii) a waiver of any right of AiBUY under the Bankruptcy Code or any other applicable Law. AiBUY further reserves all rights, claims, arguments, defenses, and remedies with respect to any Petitioning Creditor or the claim(s) asserted thereby.

3. AiBUY reserves all rights to seek additional relief as and to the extent necessary in this case.

DATED: November 1, 2022

Respectfully submitted by:

*/s/ Holland N. O'Neil*
Holland N. O'Neil (TX 14864700)
Mark C. Moore (TX 24074751)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
mmoore@foley.com
sajones@foley.com

**COUNSEL TO THE ALLEGED DEBTOR, AIBUY HOLDCO, INC.**

4887-2444-1661.1