**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AiBUY Holdco, Inc.**, *et al.*, | ) ) | Case No.: 22-31737-sgj11 |
| | ) | |
| Debtors.[1] | ) ) | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
<u>AiBUY HOLDCO, INC. (CASE NO. 22-31737-sgj11)</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number are AiBUY Holdco, Inc. (6241) and AiBUY Opco, LLC (5327).  The Debtors' address is is 18111 Preston Road, Suite 620, Dallas, TX 75252.

Holland N. O'Neil (TX 14864700)
Mark C. Moore (TX 24074751)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
mmoore@foley.com
sajones@foley.com

**COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AiBUY Holdco, Inc., *et al.*,[1] | § | Case No.: 22-31737-sgj11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

AiBUY Holdco, Inc. ("**AiBUY Holdco**") and AiBUY Opco, LLC ("**AiBUY Opco**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") have filed their respective Schedules of Assets and Liabilities ("**Schedules**") and Statements of Financial Affairs (the "**Statements**" and, collectively with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Northern District of Texas Dallas Division (the "**Court**"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: AiBUY Holdco, Inc. (6241) and AiBUY Opco, LLC (5327). The Debtors' address is 18111 Preston Road, Suite 620, Dallas, TX 75252.

information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim (as defined in section 101(5) of the Bankruptcy Code, "**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to their Chapter 11 Cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any independent obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtors or their agents, attorneys and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

4867-0239-4688.4

Mr. Greg Baracato, Chief Restructuring Officer ("**CRO**") of AiBUY Holdco and AiBUY Opco, LLC, has signed each set of the Schedules and Statements. Mr. Baracato is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Baracato has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Mr. Baracato has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. The Global Notes should be referred to and considered in connection with any review of the Schedules and Statements. In the event that the Schedules and/or Statements differ from these Global Notes, the Global Notes control.

## I.
## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Involuntary Bankruptcy Case.** On September 23, 2022, three of Holdco's alleged creditors—Jon Gunderson, John Kutasi, and Deposits Inc.—filed an involuntary petition for relief against Holdco (the "**Involuntary Petition**"), seeking to have Holdco placed into a chapter 11 proceeding. The filing of the Involuntary Petition gave rise to Case No. 22-31737.

2. **Voluntary Bankruptcy Cases**. On November 1, 2022 (the "**Petition Date**"), AiBUY Holdco and AiBUY Opco each consented to the entry of an order for relief (subject to a reservation of rights) or filed voluntary petitions for relief, as applicable, under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On November 3, 2022, the Court entered an order in the lead case, *In re AiBUY Holdco, Inc.* [Case No. 22-31737], directing procedural consolidation and joint administration of these Chapter 11 Cases [Docket No. 48]. Notwithstanding the joint administration of the Debtors' Chapter 11 Cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the close of business on the Petition Date.

3. **Disclosure.** On November 4, 2022, the Debtors filed an *Application for Order Authorizing Debtors to (I) Employ and Retain CR3 Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel and (II) Designate Greg Baracato as the Chief Restructuring Officer as of the Petition Date* [Docket No. 67] (the "**CR3 Application**"). The CR3 Application was granted pursuant to an Order of the Bankruptcy Court entered at Docket No. 122 (the "**CR3 Order**").

3

Historically, CR3 Partners, LLC ("**CR3**"), the Debtors' restructuring financial advisors, and Mr. Baracato did not maintain the Debtors' books and records and only became acquainted with the same prior to the Debtors' bankruptcy filing. While CR3 and Mr. Baracato have made every reasonable effort to research, analyze, and where necessary, correct the Debtors' books and records, additional information may be discovered or corrected that may require amendment of the Schedules and Statements. The information contained in the Schedules and Statements is unaudited and neither the Debtors nor CR3 or Mr. Baracato warrants the accuracy or completeness of the statements contained in the same.

4.    **Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

5.    **GAAP**. Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

6.    **Unknown Amounts.** Some of the scheduled assets and liabilities may be unknown and unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Unliquidated." Accordingly, the Schedules and the Statements may not accurately reflect the aggregate amount of the Debtors' assets and liabilities.

7.    **Reservations and Limitations.** While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

8.    **No Admission.** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the

Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

**II.**
**GENERAL DISCLOSURES APPLICABLE TO SCHEDULES AND STATEMENTS**

1. **Causes of Action.** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

2. **Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

3. **Claim Designations.** Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

4. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

5

5.  **Undetermined Amounts.** The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

6.  **Other Paid Claims.** To the extent the Debtors may have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7.  **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets, including, but not limited to, intellectual property such as patents or trademarks. For these reasons, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined or unknown. Accordingly, unless otherwise indicated, net book values as of November 1, 2022, are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented as the end of day bank balance as of the Petition Date. Certain other assets, such as intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date.

8.  **Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

9.  **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, accrued salaries, employee benefit accruals and accrued accounts payable. In

4867-0239-4688.4

addition, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to an order that may be entered by the Bankruptcy Court. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

10. **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

11. **Contingent Assets.** The Debtors may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have identified and/or set forth all of their causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims. Additionally, prior to the Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages.

12. **Guarantees and Other Secondary Liability Claims.** The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "**Guarantees**") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

13. **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by the other.

7

Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

14.  **Executory Contracts.** Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

15.  **Liens.** Any inventories, property, or equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

16.  **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

17.  **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18.  **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

19.  **Setoffs.** The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

20.  **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such

8

individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.

21.  **Payments.** Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "**Cash Management System**"), as described in the Cash Management Motion. Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

22.  **Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

## III.
## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

1.  **Specific Notes Regarding Schedule A/B.**

    (a)  **Schedule A/B, Parts 1, 2, 3, and 8 – Cash and Cash Equivalents; Deposits and Prepayments; Accounts Receivable; Prepayments**. Details with respect to the Debtors' Cash Management System and bank accounts are provided in the Cash Management Motion and any orders of the Bankruptcy Court granting the Cash Management Motion [Docket Nos. 30, 54].

    The Debtors have disclosed the net book value with respect to accounts receivable listed on Schedule A/B11, which represent the amount of the accounts receivable netted by any "doubtful accounts."

    The Debtors are required to make deposits from time to time with various vendors, lease holders, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

    The response to Question 8 identifies certain professionals that hold retainers in connection with advising and presenting the collective Debtors in these Chapter 11 Cases. Although the deposits held by these professionals are listed only on the Schedules for Holdco, the Debtors clarify that the professionals have been retained in these Chapter 11 Cases for the collective representation and advisement of each Debtor.

9

(b)     **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture**. Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4 as undetermined. The Debtors make no representation as to the value of their ownership of a subsidiary as the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(c)     **Schedules A/B Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**. The value of certain assets may be included in a fixed asset group or certain assets with a net book value of zero may not be set forth. Dollar amounts are presented net of accumulated depreciation and other adjustments.

(d)     **Schedule A/B, Part 10 – Intangibles and Intellectual Property**. The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. Results from an impairment test given the Chapter 11 filing were unavailable at the time that the Statements and Schedules were prepared and therefore several of the company's intangible asset values may be listed as undetermined. The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable.

(e)     **Schedule A/B, Part 11 – All Other Assets.**

In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

As the Debtors' have yet to generate significant revenue from their business operations, they have generated relatively significant net operating losses ("**NOLs**") since the formation of AiBUY Holdco in 2009. The Debtors have listed certain unrealized NOLs in Part 11 covering tax years 2009 to 2021.

2.     **Specific Notes Regarding Schedule E/F.**

(a)     **Creditors Holding Nonpriority Unsecured Claims**. The Debtors have exercised commercially reasonable efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for each Debtor in these Chapter 11 Cases for a more complete understanding of the unsecured debts of the Debtors.

4867-0239-4688.4

Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist. Except in certain limited circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F. Such guaranties are, instead, listed on Schedule H.

The Claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserves all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert Claims objections and/or setoffs with respect to the same.

The Debtors may pay Claims listed on Schedule E/F during these Chapter 11 Cases pursuant to orders of the Bankruptcy Court and the Debtors reserve all of their rights to do so with Bankruptcy Court approval and authority. Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that have been, or may be, rejected. Executory Contracts and Unexpired Leases are listed on Schedule G.

**3.      Specific Notes Regarding Schedule G.**

**(a)      Executory Contracts and Unexpired Leases**. While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract,

11

agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods or services were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods or services are included on Schedule E/F.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as easements, subordination, non-disturbance and attornment agreements, supplemental agreements, rights of way, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain

12

services on a month to month basis. To the extent such contracts or agreements constitute executory contracts, these contracts and agreements are not listed individually on Schedule G.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.

The Debtors generally have not included on Schedule G any insurance policies, the premiums for which have been prepaid. The Debtors submit that prepaid insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtors. Nonetheless, the Debtors recognize that in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtors may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers. In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as appropriate.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or leases are not impaired by the omission.

## IV.
## SPECIFIC STATEMENTS DISCLOSURES

1.      **Question 1 – Gross Revenue**. The amounts listed in Statement 1 reflect the revenue for the fiscal years 2020, 2021 and the year to date portion of fiscal year 2022 of each Debtor as such amount is calculated in the Debtor's records.

2.      **Questions 3, 4, and 30 – Payments to Certain Creditors**. The Debtors have responded to Question 3 in detailed format by creditor. The response, however, does not include transfers to bankruptcy professionals (which transfers appear in response to Part 6, Question 11) or ordinary course compensation of individuals through salaries, wages, or related allowances.

The Debtors have responded to Questions 4 and 30 in detailed format by insider in the attachment for Question 4. To the extent: (i) a person qualified as an "insider" in the year

13

prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed in Question 4 those payments made while such person was defined as an insider.

3.    **Question 11 – Payments Made Related to Bankruptcy**. The response to Question 11 identifies the Debtor that made a payment in respect of professionals the Debtors have retained or will seek to retain under section 327 and section 363 of the Bankruptcy Code. Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications, motions, and related orders. Although the Debtors have made reasonable efforts to distinguish between payments made for professional services related and unrelated to their restructuring efforts, some amounts listed in response to Question 11 may include payments for professional services unrelated to bankruptcy.

4.    **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**. The information reported on Question 30 is representative of the total payments made to insiders on behalf of Debtor entities during the one year prior to the Petition Date. For the avoidance of doubt, Question 30 may include payments to individuals who may have been insiders at the time they were employed by the Company, but are no longer employed by the Company.

**#END OF GLOBAL NOTES#**

4867-0239-4688.4

**Fill in this information to identify the case:**

Debtor name: AiBUY Holdco, Inc.

United States Bankruptcy Court for the: Northern District of Texas, Dallas Division

Case number: 22-31737-sgj11

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | $0.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $596,150.47 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $596,150.47 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D     $0.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $346,439.23 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $64,833,634.96 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**     $65,180,074.19

Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|
| Debtor name: AiBUY Holdco, Inc. |
| United States Bankruptcy Court for the: Northern District of Texas, Dallas Division |
| Case number: 22-31737-sgj11 |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Bank of America | Concentration Account | 5869 | $869.82 |
| 3.2 Bank of America | Operating Account | 6445 | $3,092.75 |
| 3.3 Bank of America | Payroll Account | 9768 | $606.54 |
| 3.4 Bank of America | Debit Card Account | 9775 | $9,567.43 |
| 3.5 Bank of America | Misc. Account | 1946 | $703.23 |
| 3.6 Bank of America | Misc. Account | 7016 | $0.00 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $14,839.77 |
|---|

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | Rent Deposit- Galleria Tower II | $50,000.00 |
|---|---|---|
| 7.2 | Rent Deposit - Prime Lending | $5,179.17 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | Prepaid Programming fees - Itransition Group Limited | $200,000.00 |
|---|---|---|
| 8.2 | Retainer - Cooley LLP | $75,000.00 |
| 8.3 | Prepaid Insurance - Alliant Insurance Services, Inc. | $54,490.21 |
| 8.4 | Retainer - Foley & Lardner LLP | $26,882.18 |
| 8.5 | Retainer - CR3 Partners, LLC | $68,804.50 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| $480,356.06 |
|---|

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $100,954.64 | − | | = ........ ➔ | $100,954.64 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | | − | | = ........ ➔ | $0.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $100,954.64 |
|---|---|

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | | |
| | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 | | | |
| AiBUY Opco, LLC | 100% | N/A | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | |
|---|---|---|
| | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $0.00 |
|---|---|

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | |
| | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | |
| | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | |
| | | | | $0.00 |

**22. Other inventory or supplies**

22.1 _____  _____  _____  _____  $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                                   $0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes        Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 _____ | _____ | _____ | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 _____ | _____ | _____ | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 _____ | _____ | _____ | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 _____ | _____ | _____ | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 _____ | _____ | _____ | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                   $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes | Book value _____ | Valuation method _____ | Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Desks, Chairs, Conference Table (fully depreciated) | $0.00 | Net Book Value | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Laptops, Monitors (fully depreciated) | $0.00 | Net Book Value | $0.00 |
| 41.2 Printers (fully depreciated) | $0.00 | Net Book Value | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 | | | $0.00 |
|---|---|---|---|

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 | | | $0.00 |
|---|---|---|---|

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 | | | $0.00 |
|---|---|---|---|

**49. Aircraft and accessories**

| 49.1 | | | $0.00 |
|---|---|---|---|

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 | | | $0.00 |
|---|---|---|---|

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9:   Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 18111 Preston Rd., Suite 620, Dallas, TX 75252 | Leasehold | Unknown | Market | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | |
| See Schedule A/B 60 Attachment | $270,879.00 | None | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | |
| See Schedule A/B 61 Attachment | $0.00 | None | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | |
| | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | |
| | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | |
| | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | |
| | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**71. Notes receivable**
Description (include name of obligor)

71.1

|  | total face amount | – | doubtful or uncollectible amount | = → | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| Unrealized NOLs - $128,903,157.00 | Tax year | 2009-2021 | $0.00 |

**73. Interests in insurance policies or annuities**

73.1

|  | $0.00 |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

|  | $0.00 |

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

|  | $0.00 |

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

|  | $0.00 |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

|  | $0.00 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $14,839.77 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $480,356.06 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $100,954.64 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | → | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $0.00 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $596,150.47 | 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $596,150.47 |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

| Sort | Patent Docket No. | Title/Mark | Registration Date | Registration No. | Case Status | Country | Category Description |
|---|---|---|---|---|---|---|---|
| 60.01 | CINS-001/01US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 11/13/2012 | 8,312,486 | Registered | United States of America | Non-Provisional from Provisional |
| 60.02 | CINS-001/02CN | VIRAL SYNDICATED INTERACTIVE PRODUCT SYSTEM AND METHOD THEREFOR | 10/19/2016 | ZL201080040436.3 | Registered | China | PCT National Phase |
| 60.03 | CINS-001/02RU | VIRAL SYNDICATED INTERACTIVE PRODUCT SYSTEM AND METHOD THEREFOR | 3/18/2016 | 2586839 | Registered | Russian Federation | PCT National Phase |
| 60.04 | CINS-001/03CN | VIRAL SYNDICATED INTERACTIVE PRODUCT SYSTEM AND METHOD THEREFOR | 12/31/2019 | ZL 201610833301.1 | Registered | China | Divisional |
| 60.05 | CINS-001/03RU | VIRAL SYNDICATED INTERACTIVE PRODUCT SYSTEM AND METHOD THEREFOR | 9/7/2020 | 2731661 | Registered | Russian Federation | Divisional |
| 60.06 | CINS-001/03US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 9/10/2013 | 8,533,753 | Registered | United States of America | Continuation |
| 60.07 | CINS-001/04US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 10/1/2013 | 8,549,555 | Registered | United States of America | Continuation |
| 60.08 | CINS-001/05US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 7/15/2014 | 8,782,690 | Registered | United States of America | Continuation |
| 60.09 | CINS-001/06US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 8/21/2018 | 10,055,768 | Registered | United States of America | Continuation |
| 60.10 | CINS-001/07US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 11/18/2014 | 8,893,173 | Registered | United States of America | Continuation |
| 60.11 | CINS-001/09US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 5/10/2016 | 9,338,499 | Registered | United States of America | Continuation |
| 60.12 | CINS-001/10US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 5/10/2016 | 9,338,500 | Registered | United States of America | Continuation |
| 60.13 | CINS-001/11US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 5/3/2016 | 9,332,302 | Registered | United States of America | Continuation |
| 60.14 | CINS-001/12US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 5/24/2016 | 9,351,032 | Registered | United States of America | Continuation |
| 60.15 | CINS-001/13US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 5/17/2016 | 9,344,754 | Registered | United States of America | Continuation |
| 60.16 | CINS-001/14US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 6/6/2017 | 9,674,584 | Registered | United States of America | Continuation |
| 60.17 | CINS-001/23US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 5/29/2018 | 9,986,305 | Registered | United States of America | Continuation |
| 60.18 | CINS-001/24US | INTERACTIVE PRODUCT PLACEMENT SYSTEM AND METHOD THEREFOR | 9/24/2019 | 10,425,698 | Registered | United States of America | Continuation |
| 60.19 | CINS-001/25US | INTERACTIVE PRODUCT SYSTEM AND METHOD THEREFOR | 10/8/2019 | 10,438,249 | Registered | United States of America | Continuation |
| 60.20 | CINS-001/26US | INTERACTIVE PRODUCT SYSTEM AND METHOD THEREFOR | 1/18/2022 | 11,227,315 | Registered | United States of America | Continuation |
| 60.21 | CINS-002/01US | METHOD AND SYSTEM FOR GENERATION AND PLAYBACK OF SUPPLEMENTED VIDEOS | 8/18/2015 | 9,113,214 | Registered | United States of America | Non-Provisional from Provisional |
| 60.22 | CINS-002/02US | METHOD AND SYSTEM FOR GENERATION AND PLAYBACK OF SUPPLEMENTED VIDEOS | 8/19/2014 | 8,813,132 | Registered | United States of America | Continuation |
| 60.23 | CINS-002/03US | METHOD AND SYSTEM FOR GENERATION AND PLAYBACK OF SUPPLEMENTED VIDEOS | 12/8/2015 | 9,210,472 | Registered | United States of America | Continuation |
| 60.24 | CINS-002/04US | METHOD AND SYSTEM FOR GENERATION AND PLAYBACK OF SUPPLEMENTED VIDEOS | 11/7/2017 | 9,813,770 | Registered | United States of America | Continuation |
| 60.25 | CINS-002/05US | METHOD AND SYSTEM FOR GENERATION AND PLAYBACK OF SUPPLEMENTED VIDEOS | 3/5/2019 | 10,225,614 | Registered | United States of America | Continuation |
| 60.26 | CINS-002/07US | METHOD AND SYSTEM FOR GENERATION AND PLAYBACK OF SUPPLEMENTED VIDEOS | 4/20/2021 | 10,986,412 | Registered | United States of America | Continuation |
| 60.27 | CINS-003/08AU | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 9/1/2016 | 2012302021 | Registered | Australia | PCT National Phase |
| 60.28 | CINS-003/08CA | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 9/7/2021 | 2847262 | Registered | Canada | PCT National Phase |
| 60.29 | CINS-003/08CN | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 5/24/2017 | ZL201280053145.7 | Registered | China | PCT National Phase |
| 60.30 | CINS-003/08DE | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 4/18/2019 | 202012013660 | Registered | Germany | National |
| 60.31 | CINS-003/08IL | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 12/30/2016 | 231213 | Registered | Israel | PCT National Phase |
| 60.32 | CINS-003/08JP | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 4/14/2017 | 6126096 | Registered | Japan | PCT National Phase |
| 60.33 | CINS-003/08KR | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 8/22/2019 | 10-2008930 | Registered | Republic of Korea | PCT National Phase |
| 60.34 | CINS-003/08MX | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 1/20/2017 | 345228 | Registered | Mexico | PCT National Phase |
| 60.35 | CINS-003/08RU | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 12/10/2016 | 2604670 | Registered | Russian Federation | PCT National Phase |
| 60.36 | CINS-003/08US | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 7/1/2014 | 8,769,053 | Registered | United States of America | Non-Provisional from Provisional |
| 60.37 | CINS-003/09AU | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 11/15/2018 | 2016216565 | Registered | Australia | Divisional |
| 60.38 | CINS-003/09JP | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 2/16/2018 | 6291611 | Registered | Japan | Divisional |
| 60.39 | CINS-003/09KR | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 5/27/2020 | 10-2118014 | Registered | Republic of Korea | Divisional |
| 60.40 | CINS-003/09RU | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 9/29/2020 | 2733103 | Registered | Russian Federation | Divisional |
| 60.41 | CINS-003/10KR | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 7/5/2021 | 10-2275557 | Registered | Republic of Korea | Divisional |
| 60.42 | CINS-003/10US | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 9/20/2016 | 9,451,010 | Registered | United States of America | Continuation |
| 60.43 | CINS-003/11US | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 1/1/2019 | 10,171,555 | Registered | United States of America | Continuation |
| 60.44 | CINS-003/12US | CONTAINERIZED SOFTWARE FOR VIRALLY COPYING FROM ONE ENDPOINT TO ANOTHER | 5/11/2021 | 11,005,917 | Registered | United States of America | Continuation |
| 60.45 | CINS-004/01AU | PEER-ASSISTED SHOPPING | 3/7/2019 | 2013277992 | Registered | Australia | PCT National Phase |
| 60.46 | CINS-004/01CA | PEER-ASSISTED SHOPPING | 8/22/2017 | 2877567 | Registered | Canada | PCT National Phase |
| 60.47 | CINS-004/01IL | PEER-ASSISTED SHOPPING | 10/1/2019 | 236355 | Registered | Israel | PCT National Phase |
| 60.48 | CINS-004/01JP | PEER-ASSISTED SHOPPING | 8/3/2018 | 6377608 | Registered | Japan | PCT National Phase |
| 60.49 | CINS-004/01MX | PEER-ASSISTED SHOPPING | 6/23/2017 | 348682 | Registered | Mexico | PCT National Phase |
| 60.50 | CINS-004/01RU | PEER-ASSISTED SHOPPING | 1/24/2018 | 2642328 | Registered | Russian Federation | PCT National Phase |
| 60.51 | CINS-004/04JP | PEER-ASSISTED SHOPPING | 3/28/2017 | 9,607,330 | Registered | United States of America | Non-Provisional from Provisional |
| 60.52 | CINS-004/04JP | APPARATUS AND METHOD FOR PEER-ASSISTED E-COMMERCE SHOPPING | 4/3/2020 | 6685911 | Registered | Japan | PCT National Phase |
| 60.53 | CINS-004/04US | APPARATUS AND METHOD FOR PEER-ASSISTED E-COMMERCE SHOPPING | 9/29/2020 | 10,789,631 | Registered | United States of America | Continuation in Part |
| 60.54 | CINS-004/05US | PEER-ASSISTED SHOPPING | 7/28/2020 | 10,726,458 | Registered | United States of America | Continuation |
| 60.55 | CINS-005/03JP | DYNAMIC BINDING OF CONTENT TRANSACTIONAL ITEMS | 6/28/2019 | 6546924 | Registered | Japan | PCT National Phase |
| 60.56 | CINS-005/03US | DYNAMIC BINDING OF CONTENT TRANSACTIONAL ITEMS | 7/27/2021 | 11,074,620 | Registered | United States of America | Non-Provisional from Provisional |
| 60.57 | CINS-005/04JP | DYNAMIC BINDING OF CONTENT TRANSACTIONAL ITEMS | 12/2/2020 | 6803427 | Registered | Japan | Divisional |
| 60.58 | CINS-006/03AU | DYNAMIC BINDING OF VIDEO CONTENT | 8/6/2020 | 2014318712 | Registered | Australia | PCT National Phase |
| 60.59 | CINS-006/03CA | DYNAMIC BINDING OF VIDEO CONTENT | 11/16/2021 | 2921994 | Registered | Canada | PCT National Phase |
| 60.60 | CINS-006/03JP | DYNAMIC BINDING OF VIDEO CONTENT | 3/1/2019 | 6485969 | Registered | Japan | PCT National Phase |
| 60.61 | CINS-006/03KR | DYNAMIC BINDING OF VIDEO CONTENT | 9/6/2021 | 10-2300974 | Registered | Republic of Korea | PCT National Phase |
| 60.62 | CINS-006/03US | DYNAMIC BINDING OF VIDEO CONTENT | 1/23/2018 | 9,875,489 | Registered | United States of America | Non-Provisional from Provisional |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

| Sort | Patent Docket No. | Title/Mark | Registration Date | Registration No. | Case Status | Country | Category Description |
|------|-------------------|------------|-------------------|------------------|-------------|---------|----------------------|
| 60.63 | CINS-006/04US | DYNAMIC BINDING OF VIDEO CONTENT | 2/11/2020 | 10,559,010 | Registered | United States of America | Continuation |
| 60.64 | CINS-007/03JP | DYNAMIC BINDING OF LIVE VIDEO CONTENT | 1/29/2020 | 6653256 | Registered | Japan | PCT National Phase |
| 60.65 | CINS-007/03KR | DYNAMIC BINDING OF LIVE VIDEO CONTENT | 2/7/2022 | 10-2361213 | Registered | Republic of Korea | PCT National Phase |
| 60.66 | CINS-007/03US | DYNAMIC BINDING OF LIVE VIDEO CONTENT | 4/24/2018 | 9,953,347 | Registered | United States of America | Non-Provisional from Provisional |
| 60.67 | CINS-008/02CN | APPARATUS AND METHOD FOR SUPPORTING RELATIONSHIPS ASSOCIATED WITH CONTENT PROVISIONING | 3/11/2022 | ZL201480052902.8 | Registered | China | PCT National Phase |
| 60.68 | CINS-008/02JP | APPARATUS AND METHOD FOR SUPPORTING RELATIONSHIPS ASSOCIATED WITH CONTENT PROVISIONING | 6/5/2020 | 6713414 | Registered | Japan | PCT National Phase |
| 60.69 | CINS-008/02KR | APPARATUS AND METHOD FOR SUPPORTING RELATIONSHIPS ASSOCIATED WITH CONTENT PROVISIONING | 12/23/2021 | 10-2344237 | Registered | Republic of Korea | PCT National Phase |
| 60.70 | CINS-008/02US | APPARATUS AND METHOD FOR SUPPORTING RELATIONSHIPS ASSOCIATED WITH CONTENT PROVISIONING | 6/30/2020 | 10,701,127 | Registered | United States of America | Non-Provisional from Provisional |
| 60.71 | CINS-008/03JP | APPARATUS AND METHOD FOR SUPPORTING RELATIONSHIPS ASSOCIATED WITH CONTENT PROVISIONING | 4/21/2021 | 6872582 | Registered | Japan | Divisional |
| 60.72 | CINS-009/02AU | N-LEVEL REPLICATION OF SUPPLEMENTAL CONTENT | 7/30/2020 | 2014324841 | Registered | Australia | PCT National Phase |
| 60.73 | CINS-009/02JP | N-LEVEL REPLICATION OF SUPPLEMENTAL CONTENT | 5/24/2019 | 6531105 | Registered | Japan | PCT National Phase |
| 60.74 | CINS-009/02US | N-LEVEL REPLICATION OF SUPPLEMENTAL CONTENT | 7/4/2017 | 9,697,504 | Registered | United States of America | Non-Provisional from Provisional |
| 60.75 | CINS-009/03US | N-LEVEL REPLICATION OF SUPPLEMENTAL CONTENT | 4/23/2019 | 10,268,994 | Registered | United States of America | Continuation |
| 60.76 | CINS-009/04US | N-LEVEL REPLICATION OF SUPPLEMENTAL CONTENT | 5/25/2021 | 11,017,362 | Registered | United States of America | Continuation |
| 60.77 | CINS-010/00US | METHOD AND PLATFORM FOR PROVIDING AN INTERACTIVE INTERNET COMPUTER-DRIVEN/IP BASED STREAMING VIDEO/AUDIO APPARATUS | 11/23/2010 | 7,840,415 | Registered | United States of America | National |
| 60.78 | CINS-010/01US | INTERACTIVE COMPUTERIZED COMMUNICATION APPARATUS AND METHOD | 7/26/2011 | 7,987,098 | Registered | United States of America | Continuation in Part |
| 60.79 | CINS-010/02US | METHOD AND PLATFORM FOR PROVIDING AN INTERACTIVE INTERNET COMPUTER-DRIVEN/IP BASED STREAMING VIDEO/AUDIO APPARATUS (Reissue of US Patent No. 7,840,415) | 5/22/2018 | RE46865 | Registered | United States of America | Reissue |
| 60.80 | CINS-011/02US | APPARATUS AND METHOD FOR GATHERING ANALYTICS | 3/9/2021 | 10,945,016 | Registered | United States of America | Non-Provisional from Provisional |
| 60.81 | CINS-012/02US | APPARATUS AND METHOD FOR AUTOMATIC PROVISIONING OF MERCHANDISE | 7/28/2020 | 10,728,603 | Registered | United States of America | Non-Provisional from Provisional |
| 60.82 | CINS-013/02US | SYSTEM AND METHOD FOR MANAGING A PRODUCT EXCHANGE | 1/5/2021 | 10,885,570 | Registered | United States of America | Continuation in Part |

**Schedule AB 60 Attachment**

Patents, Copyrights, Trademarks, and Trade Secrets

| TRADEMARK | JURISDICTION | APPLICATION NO. REGISTRATION NO. | FILING DATE REGISTRATION DATE | STATUS |
|---|---|---|---|---|
| **CINSAY and Box Design**<br> | United States | Application No. 85395956<br><br>Registration No. 5513916 | Filed<br>Aug-11-2011<br><br>Registered<br>Jul-10-2018 | Registered |
| **SMART STORE** | United States | Application No. 85624713<br><br>Registration No. 5086853 | Filed<br>May-14-2012<br><br>Registered<br>Nov-22-2016 | Registered |
| **WATCH. SHOP. SHARE.** | United States | Application No. 85977887<br><br>Registration No. 4964910 | Filed<br>Mar-01-2012<br><br>Registered<br>May-24-2016 | Registered |
| **C COMMERCE** | Armenia | Application No. 20120031<br><br>Registration No. 19007 | Filed<br>Jan-11-2012<br><br>Registered<br>Nov-02-2012 | Registered |
| **C IT. SOLD.** | Armenia | Application No. 20120033<br><br>Registration No. 19009 | Filed<br>Jan-11-2012<br><br>Registered<br>Nov-02-2012 | Registered |
| **CINSAY** | Armenia | Application No. 20120553<br><br>Registration No. 19204 | Filed<br>Apr-23-2012<br><br>Registered<br>Dec-03-2012 | Registered |
| **CINSAY SEE IT. SOLD. and Box Design**<br> | Armenia | Application No. 20120195<br><br>Registration No. 19010 | Filed<br>Feb-13-2012<br><br>Registered<br>Nov-02-2012 | Registered |

| POWER OF C | Armenia | Application No. 20120030 | Filed Jan-11-2012 | Registered |
| | | Registration No. 19006 | Registered Nov-02-2012 | |
| SEE IT. SOLD | Armenia | Application No. 20120032 | Filed Jan-11-2012 | Registered |
| | | Registration No. 19008 | Registered Nov-02-2012 | |
| SMART CONTAINER | Armenia | Application No. 20120284 | Filed Feb-29-2012 | Registered |
| | | Registration No. 19199 | Registered Dec-03-2012 | |
| C IT. SOLD | Azerbaijan | Application No. 20120032 | Filed Jan-11-2012 | Registered |
| | | Registration No. 20130481 | Registered Apr-30-2013 | |
| CINSAY | Azerbaijan | Application No. 20120574 | Filed Apr-23-2012 | Registered |
| | | Registration No. 20130932 | Registered Jul-10-2013 | |
| CINSAY SEE IT. SOLD. and Box Design  | Azerbaijan | Application No. 20120164 | Filed Feb-10-2012 | Registered |
| | | Registration No. 20131359 | Registered Oct-11-2013 | |
| SEE IT. SOLD | Azerbaijan | Application No. 20120031 | Filed Jan-11-2012 | Registered |
| | | Registration No. 20130480 | Registered Apr-30-2013 | |
| SMART CONTAINER | Azerbaijan | Application No. 20120290 | Filed Feb-29-2012 | Registered |
| | | Registration No. 20130810 | Registered Jun-19-2013 | |

| | | | | |
|---|---|---|---|---|
| **C COMMERCE** | Belarus | Application No. 20120089 <br><br> Registration No. 49252 | Filed Jan-11-2012 <br><br> Registered Mar-17-2014 | Registered |
| **C IT. SOLD** | Belarus | Application No. 20120091 <br><br> Registration No. 49251 | Filed Jan-11-2012 <br><br> Registered Mar-17-2014 | Registered |
| **CINSAY** | Belarus | Application No. 20122068 <br><br> Registration No. 49693 | Filed Apr-20-2012 <br><br> Registered Apr-16-2014 | Registered |
| **CINSAY SEE IT. SOLD. and Box Design** <br><br>  | Belarus | Application No. 20120588 <br><br> Registration No. 49680 | Filed Feb-10-2012 <br><br> Registered Apr-15-2014 | Registered |
| **POWER OF C** | Belarus | Application No. 20120088 <br><br> Registration No. 49460 | Filed Jan-11-2012 <br><br> Registered Apr-03-2014 | Registered |
| **SEE IT. SOLD** | Belarus | Application No. 20120090 <br><br> Registration No. 49250 | Filed Jan-11-2012 <br><br> Registered Mar-17-2014 | Registered |
| **SMART CONTAINER** | Belarus | Application No. 201220915 <br><br> Registration No. 49679 | Filed Feb-29-2012 <br><br> Registered Apr-15-2014 | Registered |
| **SMART CONTAINER** | China | Application No. 10558852 <br><br> Registration No. 10558852 | Filed Feb-29-2012 <br><br> Registered Apr-21-2013 | Registered |

| | | | | |
|---|---|---|---|---|
| **SMART CONTAINER** | China | Application No. 10558851<br><br>Registration No. 10558851 | Filed<br>Mar-02-2012<br><br>Registered<br>Jun-14-2013 | Registered |
| **SMART CONTAINER** | China | Application No. 10558850<br><br>Registration No. 10558850 | Filed<br>Feb-29-2012<br><br>Registered<br>Jul-28-2013 | Registered |
| **C COMMERCE** | Estonia | Application No. M201200026<br><br>Registration No. 50837 | Filed<br>Jan-11-2012<br><br>Registered<br>Aug-26-2013 | Registered |
| **C IT. SOLD** | Estonia | Application No. M201200028<br><br>Registration No. 50674 | Filed<br>Jan-11-2012<br><br>Registered<br>Jul-01-2013 | Registered |
| **CINSAY** | Estonia | Application No. M201200386<br><br>Registration No. 50859 | Filed<br>Apr-23-2012<br><br>Registered<br>Aug-26-2013 | Registered |
| **CINSAY SEE IT. SOLD. and Box Design**<br><br> | Estonia | Application No. M201200148<br><br>Registration No. 50689 | Filed<br>Feb-10-2012<br><br>Registered<br>Jul-01-2013 | Registered |
| **POWER OF C** | Estonia | Application No. M201200025<br><br>Registration No. 50672 | Filed<br>Jan-11-2012<br><br>Registered<br>Jul-01-2013 | Registered |
| **SEE IT. SOLD** | Estonia | Application No. M201200027<br><br>Registration No. 50673 | Filed<br>Jan-11-2012<br><br>Registered<br>Jul-01-2013 | Registered |

| C COMMERCE | European Union | Application No.<br>010779072<br><br>Registration No.<br>010779072 | Filed<br>Apr-02-2012<br><br>Registered<br>Feb-18-2013 | Registered |
|---|---|---|---|---|
| CINSAY | European Union | Application No.<br>010813822<br><br>Registration No.<br>010813822 | Filed<br>Apr-17-2012<br><br>Registered<br>Aug-28-2012 | Registered |
| CINSAY SEE IT. SOLD. and Box Design<br> | European Union | Application No.<br>010633865<br><br>Registration No.<br>010633865 | Filed<br>Feb-10-2012<br><br>Registered<br>Aug-01-2012 | Registered |
| SMART CONTAINER | European Union | Application No.<br>010681146<br><br>Registration No.<br>010681146 | Filed<br>Feb-28-2012<br><br>Registered<br>Jul-30-2012 | Registered |
| C COMMERCE | Georgia | Application No.<br>AM065826<br><br>Registration No.<br>M201323578 | Filed<br>Jan-11-2012<br><br>Registered<br>Apr-12-2013 | Registered |
| C IT. SOLD | Georgia | Application No.<br>AM065828<br><br>Registration No.<br>M201323580 | Filed<br>Jan-11-2012<br><br>Registered<br>Apr-12-2013 | Registered |
| CINSAY | Georgia | Application No.<br>AM067017<br><br>Registration No.<br>M201323706 | Filed<br>Apr-20-2012<br><br>Registered<br>May-20-2013 | Registered |
| CINSAY SEE IT. SOLD. and Box Design<br> | Georgia | Application No.<br>AM066167<br><br>Registration No.<br>M23631 | Filed<br>Feb-10-2012<br><br>Registered<br>Apr-26-2013 | Registered |

| POWER OF C | Georgia | Application No. AM065825<br><br>Registration No. M201323577 | Filed Jan-11-2012<br><br>Registered Apr-12-2013 | Registered |
|---|---|---|---|---|
| SEE IT. SOLD | Georgia | Application No. 658273<br><br>Registration No. M23579 | Filed Jan-11-2012<br><br>Registered Apr-12-2013 | Registered |
| SMART CONTAINER | Georgia | Application No. AM066385<br><br>Registration No. M201323592 | Filed Feb-29-2012<br><br>Registered Apr-12-2013 | Registered |
| C IT. SOLD | Kazakhstan | Application No. 56880<br><br>Registration No. 40600 | Filed Jan-11-2012<br><br>Registered Apr-22-2013 | Registered |
| CINSAY | Kazakhstan | Application No. 57939<br><br>Registration No. 41364 | Filed Apr-20-2012<br><br>Registered Aug-21-2013 | Registered |
| CINSAY SEE IT. SOLD. and Box Design  | Kazakhstan | Application No. 57163<br><br>Registration No. 40986 | Filed Feb-10-2012<br><br>Registered Jun-19-2013 | Registered |
| SEE IT. SOLD | Kazakhstan | Application No. 56879<br><br>Registration No. 40970 | Filed Jan-11-2012<br><br>Registered Jun-19-2013 | Registered |
| SMART CONTAINER | Kazakhstan | Application No. 57377<br><br>Registration No. 41006 | Filed Feb-29-2012<br><br>Registered Jun-19-2013 | Registered |

| C COMMERCE | Kyrgyzstan | Application No. 201200033<br><br>Registration No. 11849 | Filed Jan-11-2012<br><br>Registered Apr-30-2013 | Registered |
| C IT. SOLD | Kyrgyzstan | Application No. 201200053<br><br>Registration No. 11851 | Filed Jan-11-2012<br><br>Registered Apr-30-2013 | Registered |
| CINSAY | Kyrgyzstan | Application No. 201201663<br><br>Registration No. 11841 | Filed Apr-23-2012<br><br>Registered Apr-30-2013 | Registered |
| CINSAY SEE IT. SOLD. and Box Design  | Kyrgyzstan | Application No. 201200613<br><br>Registration No. 11751 | Filed Feb-10-2012<br><br>Registered Feb-28-2013 | Registered |
| POWER OF C | Kyrgyzstan | Application No. 201200023<br><br>Registration No. 11848 | Filed Jan-11-2012<br><br>Registered Apr-30-2013 | Registered |
| SEE IT. SOLD | Kyrgyzstan | Application No. 201200043<br><br>Registration No. 11850 | Filed Jan-11-2012<br><br>Registered Apr-30-2013 | Registered |
| SMART CONTAINER | Kyrgyzstan | Application No. 201200893<br><br>Registration No. 11757 | Filed Feb-29-2012<br><br>Registered Feb-28-2013 | Registered |
| C IT. SOLD | Latvia | Application No. M1240<br><br>Registration No. M65539 | Filed Jan-11-2012<br><br>Registered Jan-20-2013 | Registered |

| CINSAY | Latvia | Application No.<br>M12444<br><br>Registration No.<br>M66163 | Filed<br>Apr-23-2012<br><br>Registered<br>Jun-20-2013 | Registered |
|---|---|---|---|---|
| CINSAY SEE IT.<br>SOLD. and Box<br>Design<br><br> | Latvia | Application No.<br>M12181<br><br>Registration No.<br>M65541 | Filed<br>Feb-13-2012<br><br>Registered<br>Jan-20-2013 | Registered |
| POWER OF C | Latvia | Application No.<br>M1239<br><br>Registration No.<br>M65538 | Filed<br>Jan-11-2012<br><br>Registered<br>Jan-20-2013 | Registered |
| SEE IT. SOLD | Latvia | Application No.<br>M1241<br><br>Registration No.<br>M65540 | Filed<br>Jan-11-2012<br><br>Registered<br>Jan-20-2013 | Registered |
| SMART<br>CONTAINER | Latvia | Application No.<br>M12258<br><br>Registration No.<br>M65732 | Filed<br>Feb-29-2012<br><br>Registered<br>Mar-20-2013 | Registered |
| C IT. SOLD | Lithuania | Application No.<br>20120052<br><br>Registration No.<br>66980 | Filed<br>Jan-11-2012<br><br>Registered<br>Jun-20-2013 | Registered |
| CINSAY | Lithuania | Application No.<br>20120751<br><br>Registration No.<br>66994 | Filed<br>Apr-23-2012<br><br>Registered<br>Jun-20-2013 | Registered |

| CINSAY SEE IT. SOLD. and Box Design<br> | Lithuania | Application No.<br>20120264<br><br>Registration No.<br>66943 | Filed<br>Feb-10-2012<br><br>Registered<br>Jun-18-2013 | Registered |
|---|---|---|---|---|
| **POWER OF C** | Lithuania | Application No.<br>20120049<br><br>Registration No.<br>66458 | Filed<br>Jan-11-2012<br><br>Registered<br>Feb-25-2013 | Registered |
| **SEE IT. SOLD** | Lithuania | Application No.<br>20120051<br><br>Registration No.<br>66979 | Filed<br>Jan-11-2012<br><br>Registered<br>Jun-20-2013 | Registered |
| **SMART CONTAINER** | Lithuania | Application No.<br>20120355<br><br>Registration No.<br>67553 | Filed<br>Feb-29-2012<br><br>Registered<br>Oct-21-2013 | Registered |
| **SMART CONTAINER** | Mexico | Application No.<br>1253581<br><br>Registration No.<br>1301255 | Filed<br>Feb-29-2012<br><br>Registered<br>Jul-30-2012 | Registered |
| **SMART CONTAINER** | Mexico | Application No.<br>1253580<br><br>Registration No.<br>1439992 | Filed<br>Feb-29-2012<br><br>Registered<br>Mar-19-2014 | Registered |
| **SMART CONTAINER** | Mexico | Application No.<br>1253579<br><br>Registration No.<br>1299360 | Filed<br>Feb-29-2012<br><br>Registered<br>Jul-23-2012 | Registered |
| **C IT. SOLD** | Moldova | Application No.<br>030457<br><br>Registration No.<br>23753 | Filed<br>Jan-11-2012<br><br>Registered<br>Feb-22-2013 | Registered |

| CINSAY | Moldova | Application No.<br>031005<br><br>Registration No.<br>23718 | Filed<br>Apr-24-2012<br><br>Registered<br>Feb-12-2013 | Registered |
|---|---|---|---|---|
| **CINSAY SEE IT. SOLD. and Box Design**<br><br> | Moldova | Application No.<br>030606<br><br>Registration No.<br>23756 | Filed<br>Feb-10-2012<br><br>Registered<br>Feb-22-2013 | Registered |
| **POWER OF C** | Moldova | Application No.<br>030459<br><br>Registration No.<br>24633 | Filed<br>Jan-11-2012<br><br>Registered<br>Sep-27-2013 | Registered |
| **SEE IT. SOLD** | Moldova | Application No.<br>030458<br><br>Registration No.<br>23754 | Filed<br>Jan-11-2012<br><br>Registered<br>Feb-22-2013 | Registered |
| **SMART CONTAINER** | Moldova | Application No.<br>030717<br><br>Registration No.<br>23908 | Filed<br>Feb-29-2012<br><br>Registered<br>Apr-08-2013 | Registered |
| **C IT. SOLD** | Russia | Application No.<br>2012700269<br><br>Registration No.<br>488417 | Filed<br>Jan-11-2012<br><br>Registered<br>May-31-2013 | Registered |
| **CINSAY** | Russia | Application No.<br>2012712926<br><br>Registration No.<br>488494 | Filed<br>Apr-20-2012<br><br>Registered<br>May-31-2013 | Registered |
| **CINSAY SEE IT. SOLD. and Box Design**<br><br> | Russia | Application No.<br>2012703570<br><br>Registration No.<br>506134 | Filed<br>Feb-10-2012<br><br>Registered<br>Feb-11-2014 | Registered |

| | | | | |
|---|---|---|---|---|
| **POWER OF C** | Russia | Application No.<br>2012700283<br><br>Registration No.<br>488418 | Filed<br>Jan-11-2012<br><br>Registered<br>May-31-2013 | Registered |
| **SEE IT. SOLD** | Russia | Application No.<br>2012700267<br><br>Registration No.<br>488889 | Filed<br>Jan-11-2012<br><br>Registered<br>Jun-06-2013 | Registered |
| **C COMMERCE** | Tajikistan | Application No.<br>12011811 | Filed<br>Jan-11-2012 | Pending |
| **C IT. SOLD** | Tajikistan | Application No.<br>12011813<br><br>Registration No.<br>TJ11176 | Filed<br>Jan-11-2012<br><br>Registered<br>Jul-07-2014 | Registered |
| **CINSAY** | Tajikistan | Application No.<br>12011948<br><br>Registration No.<br>11099 | Filed<br>Apr-23-2012<br><br>Registered<br>May-02-2014 | Registered |
| **CINSAY SEE IT. SOLD. and Box Design**<br><br> | Tajikistan | Application No.<br>12011856<br><br>Registration No.<br>TJ11177 | Filed<br>Feb-10-2012<br><br>Registered<br>Jul-07-2014 | Registered |
| **POWER OF C** | Tajikistan | Application No.<br>12011810 | Filed<br>Jan-11-2012 | Pending |
| **SEE IT. SOLD** | Tajikistan | Application No.<br>12011812<br><br>Registration No.<br>TJ11224 | Filed<br>Jan-11-2012<br><br>Registered<br>Sep-18-2014 | Registered |
| **SMART CONTAINER** | Tajikistan | Application No.<br>12011893<br><br>Registration No.<br>11996 | Filed<br>Feb-29-2012<br><br>Registered<br>Jan-13-2016 | Registered |

| C COMMERCE | Turkmenistan | Application No. 20120005 | Filed Jan-11-2012 | Registered |
| | | Registration No. 12347 | Registered Oct-23-2014 | |
| C IT. SOLD | Turkmenistan | Application No. 20120007 | Filed Jan-11-2012 | Registered |
| | | Registration No. 12349 | Registered Oct-23-2014 | |
| CINSAY | Turkmenistan | Application No. 20120198 | Filed Apr-23-2012 | Registered |
| | | Registration No. 12455 | Registered Jan-26-2015 | |
| CINSAY SEE IT. SOLD. and Box Design  | Turkmenistan | Application No. 20120089 | Filed Feb-10-2012 | Registered |
| | | Registration No. 12350 | Registered Oct-23-2014 | |
| POWER OF C | Turkmenistan | Application No. 20120004 | Filed Jan-11-2012 | Registered |
| | | Registration No. 12348 | Registered Oct-23-2014 | |
| SEE IT. SOLD | Turkmenistan | Application No. 20120006 | Filed Jan-11-2012 | Registered |
| | | Registration No. 12352 | Registered Oct-23-2014 | |
| SMART CONTAINER | Turkmenistan | Application No. 20120122 | Filed Feb-29-2012 | Registered |
| | | Registration No. 12382 | Registered Nov-17-2014 | |
| C COMMERCE | Ukraine | Application No. M201200339 | Filed Jan-11-2012 | Registered |
| | | Registration No. 168709 | Registered Apr-10-2013 | |

| C IT. SOLD | Ukraine | Application No. M201200338<br><br>Registration No. 168708 | Filed Jan-11-2012<br><br>Registered Apr-10-2013 | Registered |
|---|---|---|---|---|
| CINSAY | Ukraine | Application No. M201207032<br><br>Registration No. 169080 | Filed Apr-20-2012<br><br>Registered Apr-10-2013 | Registered |
| CINSAY SEE IT. SOLD. and Box Design<br><br> | Ukraine | Application No. M201202059<br><br>Registration No. 168764 | Filed Feb-10-2012<br><br>Registered Apr-10-2013 | Registered |
| POWER OF C | Ukraine | Application No. M201200340<br><br>Registration No. 173214 | Filed Jan-11-2012<br><br>Registered Jul-25-2013 | Registered |
| SEE IT. SOLD | Ukraine | Application No. M201200337<br><br>Registration No. 168707 | Filed Jan-11-2012<br><br>Registered Apr-10-2013 | Registered |
| SMART CONTAINER | Ukraine | Application No. M201203368<br><br>Registration No. 171409 | Filed Feb-29-2012<br><br>Registered Jun-10-2013 | Registered |
| C COMMERCE | United Kingdom | Application No. 010779072<br><br>Registration No. UK00910779072 | Filed Apr-02-2012<br><br>Registered Feb-18-2013 | Registered |
| CINSAY | United Kingdom | Application No. 010813822<br><br>Registration No. UK00910813822 | Filed Apr-17-2012<br><br>Registered Aug-28-2012 | Registered |

| | | | | |
|---|---|---|---|---|
| **CINSAY SEE IT. SOLD. and Box Design**<br><br>**CINSAY** ▸ See It. Sold. | United Kingdom | Application No. 010633865<br><br>Registration No. UK00910633865 | Filed Feb-10-2012<br><br>Registered Aug-01-2012 | Registered |
| **SMART CONTAINER** | United Kingdom | Application No. 010681146<br><br>Registration No. UK00910681146 | Filed Feb-28-2012<br><br>Registered Jul-30-2012 | Registered |
| **C IT. SOLD** | Uzbekistan | Application No. MGU20120049<br><br>Registration No. MGU24473 | Filed Jan-11-2012<br><br>Registered Jul-08-2013 | Registered |
| **CINSAY** | Uzbekistan | Application No. MGU20120737<br><br>Registration No. MGU24545 | Filed Apr-20-2012<br><br>Registered Jul-19-2013 | Registered |
| **CINSAY SEE IT. SOLD. and Box Design**<br><br>**CINSAY** ▸ See It. Sold. | Uzbekistan | Application No. MGU20120201<br><br>Registration No. MGU24612 | Filed Feb-10-2012<br><br>Registered Jul-31-2013 | Registered |
| **POWER OF C** | Uzbekistan | Application No. MGU20120051<br><br>Registration No. MGU24504 | Filed Jan-11-2012<br><br>Registered Jul-11-2013 | Registered |
| **SEE IT. SOLD** | Uzbekistan | Application No. MGU20120048<br><br>Registration No. MGU24474 | Filed Jan-11-2012<br><br>Registered Jul-08-2013 | Registered |
| **SMART CONTAINER** | Uzbekistan | Application No. MGU20120327<br><br>Registration No. MGU24442 | Filed Feb-29-2012<br><br>Registered Jul-03-2013 | Registered |

Internet Domain Names and Websites

| DOMAIN URL's | | | | |
|---|---|---|---|---|
| 942gw.com | charlestonjeweler.com | cinsaydev.com | cinsayproductions.com | r2rlive.com |
| acquiredconsumercreditrepair.com | cinsay.info | cinsaydevops.com | cinsayqa.com | rags2richeslive.com |
| affordablepartybuses.com | cinsay.io | cinsaydomain.com | cinsaysandbox.com | referredmedia.com |
| aibuy.biz | cinsay.it | cinsayglow.com | cinsaystage.com | risitv.com |
| aibuy.ca | cinsay.me | cinsayportal.com | cinsaytv.com | shoprhr.com |
| aibuy.co | cinsay.mobi | cinsayportal.mobi | cinsey.com | southernlab.org |
| aibuy.dev | cinsay.ms | cinsayportal.net | dallastv.org | styleswithgrace.com |
| aibuy.info | cincard.com | cinsayportal.org | dracologisticsllc.com | suretonelive.com |
| aibuy.io | cincommerce.com | cinsaypr.com | dw3enterprise.com | thomasinsuranceagencyllc.com |
| aibuy.mobi | cinsay.at | cinsaypro.com | emotionscafe.com | timscheergallery.com |
| aibuy.network | cinsay.be | cinsayglow.info | fighttv.club | videosmart.store |
| aibuy.tech | cinsay.biz | cinsayglow.net | gardeniaevent.com | shoprisi.com |
| aibuy.tv | cinsay.co | cinsayglow.org | gloriousgherkins.com | shopstrokersdallas.com |
| aibuy.us | cinsay.co.uk | cinsayglow.us | gomaxfitness.com | sinsey.com |
| aibuy.video | cinsay.com | cinsayinc.com | hcmetalworks.co | snapmoneymaker.com |
| aibuydev.com | cinsay.com.co | cinsayint.com | hoopteez.com | videosmartstore.com |
| aibuyint.com | cinsay.com.tw | cinsaylabs.com | intuitivedesign.org | videosmartstore.info |
| aibuypreprod.com | cinsay.de | cinsaylabs.net | iracingnetwork.com | videosmartstore.net |
| aibuystaging.com | cinsay.in | cinsaylive.biz | kadsecurity.com | videosmartstore.org |
| aibuytech.com | cinsay.net | cinsaylive.com | liveyourlifefitness.com | viuvendeu.com.br |
| aibuytech.info | cinsay.net.co | cinsaylive.info | locosay.com | vlothemaestro.com |
| aibuytech.net | cinsay.org | cinsaylive.mobi | massagebymia.com | vssbizdemo.com |
| aibuytech.org | cinsay.tk | cinsaylive.net | melodybrooke.net | vssdev.com |
| aibuytech.us | cinsay.tv | cinsaylive.org | milehighmovers.org | vsspde.com |
| aibuyvid.com | cinsay.tw | cinsaylive.us | myaibuy.com | vsspreprod.com |
| aibuyvid.info | cinsay.us | cinsaymarket.com | myaibuy.info | vssqa.com |
| aibuyvid.net | cinsay.vg | cinsaymarket.net | myaibuy.net | vsssandbox.com |
| aibuyvid.org | cinsay.ws | cinsaymarket.org | myaibuy.org | watch-shop-share.com |
| aibuyvid.us | cinsaycn.com | cinsaymarketplace.com | mycinsay.com | watchshopshare.com |
| aidonate.io | cinsaycommerce.com | cinsaymarketplace.info | mycinsay.com.af | watchshopshare.info |
| aiinteract.io | cinsaycommerce.info | cinsaymarketplace.net | mycinsay.info | watchshopshare.net |
| americancareacademy.org | cinsaycommerce.net | cinsaymarketplace.org | mycinsay.me | watchshopshare.org |
| atanamagic.com | cinsaycommerce.org | cinsaymedia.com | mycinsay.org | ymgproperties.com |
| bestinuc.com | cinsaycorp.info | cinsayportal.biz | mytechtexas.net | zeigleragency.com |
| burroakranch.net | cinsaycorp.net | cinsayproduction.com | pankti.info | |

Fill in this information to identify the case:

Debtor name: AiBUY Holdco, Inc.

United States Bankruptcy Court for the: Northern District of Texas, Dallas Division

Case number: 22-31737-sgj11

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

2.1

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

Case 22-31737-sgj11    Doc 123    Filed 11/30/22    Entered 11/30/22 23:17:56    Desc
Main Document    Page 44 of 51

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name: AiBUY Holdco, Inc. |
| United States Bankruptcy Court for the: Northern District of Texas, Dallas Division |
| Case number: 22-31737-sgj11 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

2.1

Akin Gump Strauss Hauer & Feld LLP
Attn: Ryan Thompson
2300N. Field St., #1800
Dallas, TX 75201

**Date or dates debt was incurred**
9/23/2022-10/31/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _3_ )

**As of the petition filing date, the claim is:** $51,854.50 | $27,656.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☑ No
☐ Yes

2.2

Itransition Group Limited
3rd Floor, 5-8 Dysart Street
London, EC2A 2BX UK

**Date or dates debt was incurred**
9/23/2022-10/31/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _3_ )

**As of the petition filing date, the claim is:** $1,050,361.61 | $318,783.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

---

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

3.1

See Schedule E/F, Part 2 Attachment

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $64,833,634.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

---

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____ | |
| | ☐ Not listed. Explain | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $346,439.23 |
| 5b. **Total claims from Part 2** | 5b. | $64,833,634.96 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $65,180,074.19 |

SCHEDULE F ATTACHMENT

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.001 | AKIN GUMP STRAUSS HAUER & FELD LLP | RYAN THOMPSON | 2300 N FIELD ST, #1800 | | DALLAS | TX | 75201 | | | | PROFESSIONAL SERVICES | | | | | $24,198.50 |
| 3.002 | ALEXANDER MAKAROV | | DZINTARU PROSPEKT 42, APT 4 | | JURMALA | | LV-2015 | LATVIA | | | CONVERTIBLE NOTES | | | | | $62,777.78 |
| 3.003 | ALTOROS SYSTEMS, INC. | | 830 STEWART DR. | SUITE 119 | SUNNYVALE | CA | 94085 | | | | TRADE DEBT | | | | | $5,184.00 |
| 3.004 | APEX CAPITAL GROUP RECEIVERSHIP | C/O MCNAMARA SMITH LLP | 655 WEST BROADWAY, SUITE 900 | ATTN THOMAS MCNAMARA & JILL JACOBS | SAN DIEGO | CA | 92101 | | | | CONVERTIBLE NOTES | | | | | $926,608.44 |
| 3.005 | AXEL KARCH | | HAYDENSTRASSE 24 | | CUXHAVEN | | | GERMANY | | | CONVERTIBLE NOTES | | | | | $51,366.67 |
| 3.006 | BRUCE FLOHR | ATTN: RYAN KUEHL | 2200 NORTH GEORGE MASON DR. | UNIT 7563 | ARLINGTON | VA | 22207 | | | | CONSULTANT SERVICES | X | | X | | $20,000.00 |
| 3.007 | CAREER BUILDER, LLC | | 13047 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693 | | | | RECRUITING SERVICES | | | X | | $21,823.44 |
| 3.008 | CHAINABLE CORPORATION | ATTN: RYAN KUEHL | 2200 NORTH GEORGE MASON DR. | UNIT 7563 | ARLINGTON | VA | 22207 | | | | CONSULTANT SERVICES | | X | | | $30,000.00 |
| 3.009 | COOLEY LLP | ATTN KELLY J MICHAEL | 3 EMBARCADERO CENTER | 20TH FLOOR | SAN FRANCISCO | CA | 94111 | | | | PROFESSIONAL SERVICES | | | | | $477,108.79 |
| 3.010 | DEPOSITS.COM | | 2001 ROSS AVENUE | SUITE 8F | DALLAS | TX | 752001 | | | | TRADE DEBT | | | X | | $48,160.00 |
| 3.011 | FINN PARTNERS, INC. | | 301 EAST 57TH STREET | | NEW YORK | NY | 10022 | | | | PROFESSIONAL SERVICES | | | X | | $30,000.00 |
| 3.012 | GLOBE RUNNER, LLC | ATTN: SEAN LONGWORTH | 16415 ADDISON RD. | #550 | ADDISON | TX | 75001 | | | | CONSULTANT SERVICES | | | X | | $9,787.14 |
| 3.013 | HOTMIC, INC. | | 132 OAK TERR | | LAKE BLUFF | IL | 60044 | | | | TRADE DEBT | | | X | | $30,000.00 |
| 3.014 | IPVALUE MANAGEMENT, INC | | 2880 LAKESIDE DRIVE, SUITE 320 | | SANTA CLARA | CA | 95054 | | | | PROFESSIONAL SERVICES | | | X | | $1,289,332.00 |
| 3.015 | ITRANSITION GROUP LIMITED | | THIRD FLOOR | 5-8 DYSART STREET | LONDON | | EC2A 2BX | UNITED KINGDOM | | | TRADE DEBT | | | | | $731,578.38 |
| 3.016 | JOHN AND BARBARA KUTASI FAMILY TRUST DATED FEBRUARY 7, 1997 | | 5627 SLOAN PLACE | | CALABASAS | CA | 91302 | | | | CONVERTIBLE NOTES | | | | | $1,658,844.44 |
| 3.017 | JOHN P. KUTASI | | 5627 SLOAN PLACE | | CALABASAS | CA | 91302 | | | | CONVERTIBLE NOTES | | | | | $1,722,699.95 |
| 3.018 | JON GUNDERSON | | 2217 SEA BISCUIT #107 | | SPICEWOOD | TX | 78669 | | | | CONVERTIBLE NOTES | | | | | $883,277.78 |
| 3.019 | LIRIK SYSTEMS | | 662 CHERRY STREET | | NOVATO | CA | 94945 | | | | TRADE DEBT | | | | | $25,619.05 |
| 3.020 | LIVEN LAKE, INC. | | DZINTARU PROSPEKT 42, APT 4 | | JURMALA | | LV-2015 | LATVIA | | | CONVERTIBLE NOTES | | | | | $76,876.80 |
| 3.021 | PATTI BLYTHE | | 26985 NORTH COUNTRYSIDE LAKE DR. | | MUNDELEIN | IL | 60060 | | | | CONSULTANT SERVICES | | | | | $14,000.00 |
| 3.024 | SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: GEMMA DESCOTEAUX | 333 SOUTH HOPE STREET | 43RD FLOOR | LOS ANGELES | CA | 90071 | | | | PROFESSIONAL SERVICES | | X | X | | $223,632.80 |
| 3.025 | STINV – STOCKS INVESTMENT LIMITED | ATTN: MARIKKA THEODOULOU | 155 ARCH MAKARIOU III AVE., PROTEAS HOUSE | OFF.302 & 303, 3026 | LIMASSOL | | | CYPRUS | | | CONVERTIBLE NOTES | | | | | $56,388,259.00 |
| 3.026 | TECH+IP | | 410 SOUTH MAPLE AVENUE 343 | | FALLS CHURCH | VA | 22046 | | | | TRADE DEBT | | | X | | $60,000.00 |
| 3.027 | YOUPLUS MEDIA, LLC | ATTN: JEFF HINSON | 3721 POTOMAC AVENUE | | DALLAS | TX | 75205 | | | | BUSINESS ADVISORY SERVICES | | | X | | $22,500.00 |
| | | | | | | | | | | | | | | | TOTAL: | $64,833,634.96 |

| Fill in this information to identify the case: |
| --- |
| Debtor name: AiBUY Holdco, Inc. |
| United States Bankruptcy Court for the: Northern District of Texas, Dallas Division |
| Case number: 22-31737-sgj11 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**    Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

2.1  **State what the contract or lease is for and the nature of the debtor's interest**    See Schedule G Attachment

**State the term remaining**

**List the contract number of any government contract**

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Notice Party's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|
| 2.001 | Commerical Insurance Policy (Property, General Liability, Technology Errors & Omissions) | Alliant | | 2000 West Loop South, Suite 2150 | | Houston | TX | 77027 | |
| 2.002 | Excess D&O Insurance Policy | ANV Global Services Inc | | 200 Hudson St., Ste. 800 | | Jersey City | NJ | 07311 | |
| 2.003 | Excess D&O Insurance Policy | Associated Industries Insurance Co Inc. | c/o R-T Speciality LLC | 180 N. Stetson Ave, Ste. 4600 | | Chicago | IL | 60601 | |
| 2.004 | Internet Streaming Services Agreement | AT&T | | PO Box 5014 | | Carol Stream | IK | 60197-5014 | |
| 2.005 | Cell Phone Agreement | AT&T Mobility | | PO Box 6463 | | Carol Stream | IK | 60197-6463 | |
| 2.006 | Independent Contractor Agreement | Bruce Flohr | c/o Ryan Kuehl | 2200 North George Mason Drive | Unit 7563 | Arlington | VA | 22207 | |
| 2.007 | Independent Contractor Agreement | Chainable Corp. | Tim Keogh | 9053 Estate Thomas Suite 101 | | St. Thomas | VI | 00802-0000 | |
| 2.008 | Employee Life Insurance Agreement | Colonial Life | | PO Box 903 | | Columbia | SC | 29202-0903 | |
| 2.009 | Pmt Processing Services Agreement | Deposits.com | | 2001 Ross Ave. Suite 8F | | Dallas | TX | 75201 | |
| 2.010 | Subscription and Services Agreement | e.l.f. Cosmetics, Inc. | | 570 10th Street | | Oakland | CA | 94607 | |
| 2.011 | Mutual Nondisclosure Agreement | EHC, Inc. | Attn: Dirk Eller | 2401 Fountain View, Suite 416 | | Houston | TX | 77057 | |
| 2.012 | Storage Units Agreement | Extra Space Storage | | 13705 Montfort Dr. | | Dallas | TX | 75240 | |
| 2.013 | Letter from Foley re FINN Partners | FINN Partners | Attn John Acunto | 301 East 57th Street | | New York | NY | 10022 | |
| 2.014 | Master Service Agreement | FINN Partners | Attn Martin Ettlemyer, CFO | 301 East 57th Street | | New York | NY | 10022 | |
| 2.015 | Mutual Nondisclosure Agreement | FINN Partners | Attn John Acunto | 301 East 57th Street | | New York | NY | 10022 | |
| 2.016 | Assignment, License & Royalty Agreement | Gas Monkey Holdings LLC | Attn Richard Rawlings | 117 Wrangler Dr | | Coppell | TX | 75019 | |
| 2.017 | Commercial Lines Insurance Policy | Great Midwest Insurance Company | | 800 Gessner Suite 600 | | Houston | TX | 77024 | |
| 2.018 | Master Service Agreement | HotMic, Inc. | Attn: Sean Longworth | 132 Oak Terr | | Lake Bluff | IL | 60044 | |
| 2.019 | Statement of Work | HotMic, Inc. | | 132 Oak Terr | | Lake Bluff | IL | 60044 | |
| 2.020 | Amendment to Master Professional Services Agreement | Itransition Group Limited | Attn Iryna Hvardzeitsava | 5-8 Dysart Street, 3rd Floor | | London | | EC2A 2BX | UK |
| 2.021 | Amendment to Statement of Work (MSA) | Itransition Group Limited | Attn Iryna Hvardzeitsava | 5-8 Dysart Street, 3rd Floor | | London | | EC2A 2BX | UK |
| 2.022 | Amendment to Statement of Work (MSA) | Itransition Group Limited | Attn Iryna Hvardzeitsava | 5-8 Dysart Street, 3rd Floor | | London | | EC2A 2BX | UK |
| 2.023 | Amendment to Statement of Work (MSA) | Itransition Group Limited | Attn Iryna Hvardzeitsava | 5-8 Dysart Street, 3rd Floor | | London | | EC2A 2BX | UK |
| 2.024 | Master Professional Service Agreement | Itransition Group Limited | Attn Iryna Hvardzeitsava | 5-8 Dysart Street, 3rd Floor | | London | | EC2A 2BX | UK |
| 2.025 | Statement of Work | Itransition Group Limited | Attn Iryna Hvardzeitsava | 5-8 Dysart Street, 3rd Floor | | London | | EC2A 2BX | UK |
| 2.026 | Third Amendment to Master Professional Services Agreement | Itransition Group Limited | Attn Iryna Hvardzeitsava | 5-8 Dysart Street, 3rd Floor | | London | | EC2A 2BX | UK |
| 2.027 | Change Order to Consulting Agreement | Lodestar Datalab, LLC | Attn: Andrew Wilson | 9923 Cedar Crest Drive | | Helotes | TX | 78023 | |
| 2.028 | Consulting Agreement | Lodestar Datalab, LLC | Attn: Andrew Wilson | 9923 Cedar Crest Drive | | Helotes | TX | 78023 | |
| 2.029 | Letter re Consulting Agreement | Lodestar Datalab, LLC | Attn: Andrew Wilson | 9923 Cedar Crest Drive | | Helotes | TX | 78023 | |
| 2.030 | Mutual Nondisclosure Agreement | Lodestar Datalab, LLC | Attn: Andrew Wilson | 9923 Cedar Crest Drive | | Helotes | TX | 78023 | |
| 2.031 | Stock Transfer Agent Agreement | Olde Monmouth Stock Transfer Co., Inc. | | 200 Memorial Pkwy | | Atlantic Highlands | NJ | 07716 | |
| 2.032 | Internet Cloud Services Agreement | Oracle America, Inc. | | 500 Oracle Parkway | | Redwood Shores | CA | 94065 | |
| 2.033 | Marketing Services Agreement | Patti Blythe, LLC | | 26985 N. Countryside Lake Drive | | Mundelein | IL | 60060 | |
| 2.034 | Sublease Agreement | Prime Lending | Attn PrimeLending Real Estate Dept | 325 N. St. Paul St., 8th Floor | | Dallas | TX | 75201 | |
| 2.035 | Employee Vision & Dental Ins. Agreement | Principal Vision & Dental Insurance | | PO Box 77202 | | Minneapolis | MN | 55480-7200 | |
| 2.036 | Pilot Agreement | Q30 Innovations | Attn: T. Hoey | 257 Riverside Ave | | Westport | CT | 06880 | |
| 2.037 | Pilot Agreement | Recoup Fitness | Attn Matt Hyder | 65;%Gfssthpl | | Denver | CO | 80204 | |
| 2.038 | CRM Sercices Agreement | Salesforce | | PO Box 203141 | | Dallas | TX | 75230-3141 | |
| 2.039 | Executive Employment Agreement | Seth Williams | | 18111 Preston Rd., Ste. 620 | | Dallas | TX | 75252 | |
| 2.040 | Non-Disclosure & Non-Circumvention Agreement | SKYLAB APPS INC | Attn: Lisa Pennington | 5 Cowboys Way, Suite 300-Office A | | Frisco | TX | 75034 | |
| 2.041 | Subscription and Services Agreement | SportsEdTV, Inc. | Attn: Robert Mazzucchelli, Chairman | 121 NE 34th St #1607 | | Miami | FL | 33137 | |
| 2.042 | Excess D&O Insurance Policy | Starstone Specialty Insurance Company | StarStone US Services Claims Office & Specialty Underwriting Department | Harborside Five | 185 Hudson St., Suite 2600 | Jersey City | NJ | 07311 | |
| 2.043 | IP Valuation Firm Agreement | Tech+IP Advisory LLP | | 410 South Maple Ave. 343 | | Falls Church | VA | 22046 | |
| 2.044 | Engagement/Letter Agreement | Tech+IP Advisory, LLC | Attn: Edmund Fish | 410 South Maple Ave #343 | | Falls Church | VA | 22046 | |
| 2.045 | Engagement Agreement 10/272/2022 | TML Corporate Strategies, LLC | | 242 S Washington Blvd., Suite 191 | | Sarasota | FL | 34236 | |
| 2.046 | Cloud Optimization Services Agreement | Trace3, LLC | Attn Bill Philpps | 541 Division Street | | Campbell | CA | 95008 | |
| 2.047 | Employee Healthcare Agreement | United Healthcare | | PO BOX 19032 | | Green Bay | WI | 54307-9032 | |
| 2.048 | Management Agreement | YouPlus Media LLC | | 3721 Potomac Ave | | Dallas | TX | 75205 | |
| 2.049 | Collaboration Agreement | Zappar Limited | | Barley Mow Centre | 10 Barley Mow Passage | London | | W4PH | UK |

**Fill in this information to identify the case:**

Debtor name: AiBUY Holdco, Inc.

United States Bankruptcy Court for the: Northern District of Texas, Dallas Division

Case number: 22-31737-sgj11

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name: AiBUY Holdco, Inc. |
| United States Bankruptcy Court for the: Northern District of Texas, Dallas Division |
| Case number: 22-31737-sgj11 |

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

11/30/2022

Executed on

_Greg Baracato_

Signature of individual signing on behalf of debtor
Greg Baracato

Printed name
Chief Restructuring Officer

Position or relationship to debtor