Holland N. O'Neil (TX 14864700)
Mark C. Moore (TX 24074751)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
mmoore@foley.com
sajones@foley.com

**COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AiBUY Holdco, Inc., *et al.*,[1] | § § | Case No.: 22-31737-sgj11 |
| Debtors. | § § | (Jointly Administered) |

### NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on February 15, 2023, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Joint Chapter 11 Plan of Reorganization* [Docket Nos. 202 and 203] (the "**Confirmation Order**"), which confirmed *Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 85] (the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of Plan occurred on **March 9, 2023**. Each of the conditions precedent to consummation of the Plan as set forth in Article IX of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the following deadlines and/or bar dates are tied to the occurrence of the Effective Date as set forth in more detail in the Plan:

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: AiBUY Holdco, Inc. (6241) and AiBUY Opco, LLC (5327). The Debtors' address is 18111 Preston Road, Suite 620, Dallas, TX 75252.

[2]     Capitalized terms used but not defined herein shall have the meanings given to them in the Plan or the Confirmation Order, as applicable.

- **Administrative Claims Bar Date —March 30, 2023:** As set forth in Article I.A.2 of the Plan, all requests for allowance and payment of an Administrative Claim, including Allowed Professional Fee Claims, **must be filed no later than the First Business Day that is 21 Days after the Effective Date**. All objections to allowance of Administrative Claims must be filed and served on or before the later of the first Business Day that is twenty-one (21) days after the Administrative Claims Bar Date.

- **Rejection Damages Bar Date—March 23, 2023:** As set forth in Article V.B of the Plan, all proofs of claim asserting Claims arising from the rejection of any executory contract or unexpired lease under the Plan **must be filed with the Bankruptcy Court within fourteen (14) days after the effective date of such rejection**. Any such Claim not filed within that time will be forever barred.

- **Professional Fee Claims Bar Date—April 25, 2023:** As set forth in Article II.C.1 of the Plan, all final requests for allowance and payment of Professional Fee Claims **must be filed with the Bankruptcy Court no later than the first Business Day that is 45 days after the Effective Date**. Any objections to Professional Fee Claims shall be filed and served no later than 35 days after the filing of final requests for allowance and payment of Professional Fee Claims.

**PLEASE TAKE FURTHER NOTICE** that on February 23, 2023, the Court entered the *Chapter 11 Post-Confirmation Order* [Docket No. 215] (the "**Post-Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE** that the Post-Confirmation Order set the following additional deadline in relation to confirmation of the Plan:[3]

- **Objection to Claims —April 17, 2023:** As set forth in the Post-Confirmation Order, objections to claims **must be filed and served within sixty (60) Days after entry of the Confirmation Order**. Responses to the objections must be filed within 30 days of service.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Plan, Confirmation Order or Post-Confirmation Order or related documents, you may contact Stretto, the Debtors' claims and noticing agent, by: (a) calling 888-838-7307 (U.S./Canada) or 949-431-2892 (International); (b) visiting the Debtors' restructuring website at https://cases.stretto.com/AiBUY; (c) writing to Stretto at: 410 Exchange, Suite 100, Irvine, CA 92602; and/or (d) emailing TeamAiBUY@stretto.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee on the Bankruptcy Court's website at www.txnb.uscourts.gov.

---

[3] As stated in the Post-Confirmation Order, the deadlines provided are valid, unless the Confirmation Order or Plan provides otherwise.

DATED: March 9, 2023

Respectfully submitted by:

*/s/ Mark C. Moore*
Holland N. O'Neil (TX 14864700)
Mark C. Moore (TX 24074751)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
mmoore@foley.com
sajones@foley.com

**COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that, on March 9, 2023, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

*/s/ Stephen A. Jones*
Stephen A. Jones